**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION**

| | |
|---|---|
| JOHN ELUFORD CHIVALIER, | |
| Plaintiff, | Case No. 3:17-cv-00042-RLY-MPB |
| v. | |
| J.D. BYRIDER SYSTEMS, LLC, | Honorable Judge Richard L. Young |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JOHN ELUFORD CHIVALIER ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 16th day of May, 2017.

                                              Respectfully submitted,

                                              <u>s/ Nathan C. Volheim</u>
                                              Nathan C. Volheim
                                              Sulaiman Law Group, Ltd.
                                              900 Jorie Boulevard, Suite 150
                                              Oak Brook, IL 60523
                                              (630) 575-8181
                                              nvolheim@sulaimanlaw.com
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim
