UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN ELUFORD CHIVALIER,<br><br>    Plaintiff,<br>v.<br><br>J.D. BYRIDER SYSTEMS, LLC,<br><br>    Defendant. | Case No: 3:17-cv-00042-RLY-MPB<br><br>Honorable Judge Richard L. Young |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, JOHN ELUFORD CHIVALIER ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court his Agreed Stipulation of Dismissal with Prejudice   and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated:   6/27/2017

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Suite 150
Oak Brook, IL 60523
(630) 575-8181
nvolheim@sulaimanlaw.com

Brian S. Jones
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Phone: (317) 684-5000
b.jones@boselaw.com